IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GEORGE & MELISSA ORONA | ) | Case No:  08-23167 |
| | ) | Chapter 7 |
| | ) | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, KENNETH A. MANNING, hereby states:

1. He is Trustee appointed in the above-mentioned case.

2. On the 6th day of April, 2010, Trustee issued check number 110104 in the amount of $6.61 to CB USA, Inc..  Said check has not been executed and more than 90 days has elapsed making the check void.

3. The last known address of the person/entity entitled to said check is:  CB USA Inc., P.O. Box 5000, Hammond, IN 46320.

4. Pursuant to 11 USC 347 (a) and B.R. 3011, Trustee now deposits said funds with the Clerk of the Court to be disposed of pursuant to 28 USC 129.

Dated:  August 5, 2010

/s/ Kenneth A. Manning
Kenneth A. Manning, Trustee
200 Monticello Drive
Dyer, Indiana 46311
(219) 865-8376